IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA,**

             **Plaintiff,**

v.

**OSCAR EDWARD SANTERO,**

             **Defendant.**

CR-07-337-01-BR

ORDER

      The Clerk of Court has determined there is a mathematical error in the Amended Judgment (#184) dated February 12, 2010, as to the amount of restitution. The correct amount of the restitution is $643,174.00 (not $644,114.00). Accordingly, the Amended Judgment (#184) is hereby corrected to reflect that $643,174.00 is the correct amount of restitution owed.

      **IT IS SO ORDERED.**

      DATED this 23rd day of August, 2010.

                                               /s/ Anna J. Brown
                                               ANNA J. BROWN
                                               United States District Judge

ORDER